UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE JACKSON, | Case No. 3:25-cv-00046-MMD-CSD |
| Plaintiff, | **ORDER** |
| v. | |
| THE STATE OF NEVADA ex rel. NDOC, *et al.*, | |
| Defendants. | |

On February 10, 2026, the parties participated in a global mediation conference and reached a binding settlement agreement in six cases, including this case. (ECF No. 13.) The agreement was reduced to writing and the terms were recited on the record. (*Id.*) A stipulation to dismiss these six cases with prejudice is due no later than Friday, March 27, 2026. (*Id.*)

The Nevada Department of Corrections ("NDOC") has filed a motion to continue the stay in this case until March 27, 2026—the due date of the stipulation to dismiss. (ECF No. 15.) This motion is granted.

It is therefore ordered that the NDOC's motion to extend the stay in this case (ECF No. 15) is granted.

It is further ordered that the stay in this case is extended to March 27, 2026.

DATED: February 13, 2026.

_____
UNITED STATES MAGISTRATE JUDGE