# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WILLIE JACKSON,

Plaintiff,

v.

STATE OF NEVADA EX REL NDOC, et al.,

Defendants.

3:25-cv-00046-MMD-CSD

**ORDER**

On March 27, 2026, NDOC filed a status report regarding the global settlement reached on February 10, 2026 (ECF No. 13), requesting an additional 30 days to file the stipulation to dismiss because the agreed upon monetary payment is still being processed. (ECF No. 17.)

Based on NDOC's representation the monetary payment is currently being processed, the Court finds an additional 30 days is unnecessary and will instead grant NDOC an additional 15 days. Accordingly, NDOC shall file the stipulation to dismiss on or before **Monday, April 13, 2026**.

**IT IS SO ORDERED.**

DATED:  March 30, 2026.

_____
Craig S. Denney
United States Magistrate Judge